# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MARTIN MCDONALD**                                                                                          **PLAINTIFF**

**v.**                                                                     **CAUSE NO.: 4:18-CV-00047-DMB-JMV**

**MIDTOWN INVESTMENTS, LLC**
**d/b/a CUSTOM MEDICAL SOLUTIONS**                                                     **DEFENDANT**

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the court on the joint oral motion entered this day on behalf of the parties to amend the [15] case management order. Having considered the motion and the relevant deadlines, the court finds that the motion is well taken and should be GRANTED.

IT IS HEREBY ORDERED that certain deadlines in the court's case management order are extended follows:

1. All discovery must be completed by July 5, 2019;

2. All dispositive and *Daubert*-type motions challenging another party's expert must be filed by July 9, 2019; and

Finally, as only five months now remain between the dispositive motions deadline and the trial date, the parties are forewarned that no further extensions shall be granted absent a trial continuance.

SO ORDERED this 20th day of June, 2019.

                                                /s/ Jane M. Virden
                                                United States Magistrate Judge